IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL WEST,<br><br>Defendant. | 9:25-PO-5150-KLD<br><br>Violation No. E1085833<br>Location Code: MTMJ<br><br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that Defendant shall pay a fine in the amount of $800.00, and the $30.00 processing fee, for violation number E1085833.  Payment shall be made by January 15, 2026.

1)   Defendant is directed to pay the $30.00 processing fee either online or by mail following the instructions found at the Central Violations Bureau's website: https://www.cvb.uscourts.gov/pay-ticket.

2)   Pursuant to 16 U.S.C. § 4406, Defendant is directed to send the $800.00 fine payment either by check or by money order to the following address:

>   U.S. Fish and Wildlife Service
>   Attn: Heather Pelch
>   2155 West Forest St
>   Brigham City, UT 84302

1

The memo line on the check or money order should state: North American Wetlands Conservation Fund Account.

IT IS FURTHER ORDERED that all other proceedings in this matter be VACATED.

DATED this 16th day of December, 2025

_____
Kathleen L. DeSoto
United States Magistrate Judge